# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MICHELLE DENISE SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 7:16-cv-00184-AKK-JHE |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION AND ORDER

On March 5, 2018, the magistrate judge reported that the plaintiff had timely filed her FTCA claims against the defendant and thus recommended the defendant's motion for summary judgment be denied. Doc. 25. Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that the defendant's motion for summary judgment, doc. 21, is **DENIED**. The plaintiff's FTCA claims against the defendant are **REFERRED** to the magistrate judge for further proceedings.

**DONE** the 21st day of March, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE